STATE OF CONNECTICUT *v.* ANTWON BROWN

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 251 (AC 32397), is denied.

*Joseph A. Jaumann*, assigned counsel, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided January 12, 2012

STATE OF CONNECTICUT *v.* JASON FREEMAN

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 438 (AC 32422), is granted, limited to the following issue: